NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DARRYL L. COOK,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2014-5049

---

Appeal from the United States Court of Federal Claims in No. 1:13-cv-00870-PEC, Chief Judge Patricia E. Campbell-Smith.

---

**ON MOTION**

---

**O R D E R**

This court dismissed the above-captioned appeal on July 1, 2014, for failure to pay the docketing fee in accordance with this court's rules. Darryl L. Cook moves to reopen this appeal so that he can move to proceed in forma pauperis.

Upon consideration thereof,

2                                                    COOK v. US

IT IS ORDERED THAT:

(1) If Mr. Cook submits Form 6, Form 6A, and his informal brief within 30 days of the date of this order, the mandate will be recalled, this court's July 1, 2014, dismissal order will be vacated, and this appeal will be re-opened.

(2) The clerk's office is directed to send Form 6, Form 6A, and the Guide for Pro Se Petitioners and Appellants to Mr. Cook.

FOR THE COURT


/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


s30